**SWIMWAYS CORPORATION,**
Plaintiff–Appellee,

v.

**TOFASCO OF AMERICA, INC. and**
**MacSports, Inc., Defendants–**
**Appellants.**

No. 2010–1038.

United States Court of Appeals,
Federal Circuit.

Nov. 24, 2009.

Gary J. Gorham, Leader Gorham LLP, Los Angeles, CA, for Defendants–Appellants.

John P. Moy, Cooley Godward Kronish LLP, Reston, VA, for Plaintiff–Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**POLYFORM, A.G.P. Inc., Plastiques Cellulaires Polyform, Inc., and Nudura Corporation, Plaintiffs–Appellants,**

v.

**AIRLITE PLASTICS CO.,**
Defendant–Appellee.

No. 2009–1433.

United States Court of Appeals,
Federal Circuit.

Nov. 24, 2009.

ON MOTION

*ORDER*

Upon consideration of the parties' joint stipulated motion to voluntary dismiss this appeal, *Polyform v. Airlite Plastics,* from the United States District Court for the District of Nebraska, case no. 07–CV–397,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.